# Larry Naab

**From:** Larry Naab <larry@naabconsulting.com>
**Sent:** Wednesday, November 05, 2014 10:06 AM
**To:** 'Brian McQuade'
**Subject:** meeting

Brian

David Jones wants to meet with you.

Can you give me some times for the week of Nov 17th ? He is traveling next week.

I assume you want to meet at your office and I assume after hours.

Please advise.

Thanks
Larry


Larry D. Naab, CPA
*Naab Consulting*
5511 E. 82nd Street, Suite H
Indianapolis, IN 46250
(888) 726-6282
(317) 823-2000
(888) 726-5762 Fax
(317) 752-6951 Cell
Larry@NaabConsulting.com
NaabConsulting.com


This e-mail message is for the sole use of the intended recipient (s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient (s), please contact the sender by reply e-mail and destroy all copies of the original message.

# Larry Naab

**From:** Larry Naab <larry@naabconsulting.com>
**Sent:** Wednesday, November 05, 2014 2:39 PM
**To:** 'David Jones'
**Subject:** RE: Information for the DC practice.

David

Meeting is confirmed for the 17th at 5:30 PM

You will be meeting with:

Brian McQuade
McQuade Brennan LLP
1730 Rhode Island Ave, Suite 800
DC

If something comes up that you need to reschedule please call me.

DO NOT CALL HIS OFFICE. Thanks

I will follow up with you after the meeting.

Take care

Larry


Larry D. Naab, CPA
*Naab Consulting*
5511 E. 82nd Street, Suite H
Indianapolis, IN 46250
(888) 726-6282
(317) 823-2000
(888) 726-5762 Fax
(317) 752-6951 Cell
Larry@NaabConsulting.com
NaabConsulting.com


This e-mail message is for the sole use of the intended recipient (s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient (s), please contact the sender by reply e-mail and destroy all copies of the original message.


**From:** David Jones [mailto:djones@jonesmarescacpa.com]
**Sent:** Wednesday, November 05, 2014 2:07 PM

1

**To:** larry@naabconsulting.com
**Subject:** RE: Information for the DC practice.

Larry that works fine.  David

*Sent from my Motorola ATRIX™ 4G on AT&T*

-----Original message-----
> **From:** Larry Naab <larry@naabconsulting.com>
> **To:** David Jones <djones@jonesmarescacpa.com>
> **Sent:** Wed, Nov 5, 2014 17:33:32 GMT+00:00
> **Subject:** RE: Information for the DC practice.
>
> David
>
> Are you available on Monday November 17th at 5:30 PM ?
>
> Thanks
> Larry
>
>
> Larry D. Naab, CPA
> *Naab Consulting*
> 5511 E. 82nd Street, Suite H
> Indianapolis, IN 46250
> (888) 726-6282
> (317) 823-2000
> (888) 726-5762 Fax
> (317) 752-6951 Cell
> Larry@NaabConsulting.com
> NaabConsulting.com
>
>
> This e-mail message is for the sole use of the intended recipient (s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient (s), please contact the sender by reply e-mail and destroy all copies of the original message.
>
>
> **From:** David Jones [mailto:djones@jonesmarescacpa.com]
> **Sent:** Wednesday, November 05, 2014 9:40 AM
> **To:** larry@naabconsulting.com
> **Subject:** RE: Information for the DC practice.
>
> I am definitely interested. I am traveling through next week but I am free after that.
> David
>
> *Sent from my Motorola ATRIX™ 4G on AT&T*

2

-----Original message-----
**From:** Larry Naab <larry@naabconsulting.com>
**To:** David Jones <djones@jonesmarescacpa.com>
**Sent:** Tue, Nov 4, 2014 20:38:38 GMT+00:00
**Subject:** RE: Information for the DC practice.

David

Do you have any other questions ?

Does the price and terms appear reasonable to begin discussions ?

If so, I will be happy to schedule a meeting for you and the seller.

Thanks
Larry

Larry D. Naab, CPA
*Naab Consulting*
5511 E. 82nd Street, Suite H
Indianapolis, IN 46250
(888) 726-6282
(317) 823-2000
(888) 726-5762 Fax
(317) 752-6951 Cell
Larry@NaabConsulting.com
<a href="http://www.naabc

3

# Larry Naab

**From:** Larry Naab <larry@naabconsulting.com>
**Sent:** Wednesday, November 05, 2014 2:42 PM
**To:** 'Brian McQuade'
**Subject:** RE: meeting

Brian

Meeting confirmed.

November 17th at 5:30 PM.

Your office.

I will not be attending but I will follow up with him after the meeting.

Talk to you soon.

Thanks
Larry


Larry D. Naab, CPA
*Naab Consulting*
5511 E. 82nd Street, Suite H
Indianapolis, IN 46250
(888) 726-6282
(317) 823-2000
(888) 726-5762 Fax
(317) 752-6951 Cell
Larry@NaabConsulting.com
NaabConsulting.com



This e-mail message is for the sole use of the intended recipient (s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient (s), please contact the sender by reply e-mail and destroy all copies of the original message.


**From:** Brian McQuade [mailto:BMcQuade@mcquadebrennan.com]
**Sent:** Wednesday, November 05, 2014 12:16 PM
**To:** Larry Naab
**Subject:** RE: meeting

Larry,
Let's shoot for Monday the 17th at 5 30PM in my shop. Thanks..

1

Brian D. McQuade

**.McQuade.Brennan, LLP.**
Certified Public Accountants and Consultants
1730 Rhode Island Avenue, NW
Suite 800
Washington, DC  20036
P  202.296.3306
F  202.296.0059
E  bmcquade@mcquadebrennan.com
**www.mcquadebrennan.com**
**www.linkedin.com/in/bmcquade**

*"Uniquely built to exceed your expectations"*

*IRS Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we wish to inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.*

*McQuadeBrennan, LLP intends that this message be used exclusively by the addressee(s). If you are not the named addressee you should not disseminate, distribute or copy this e-mail.  Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*

*We ensure you the use of this disclaimer does not change the quality of our service and the advice you have come to expect from us.  In appropriate cases, after consultation with you, we will provide a comprehensive opinion that meets the new rules.*


**From:** Larry Naab [mailto:larry@naabconsulting.com]
**Sent:** Wednesday, November 5, 2014 10:06 AM
**To:** Brian McQuade
**Subject:** meeting

Brian

David Jones wants to meet with you.

Can you give me some times for the week of Nov 17th ? He is traveling next week.

I assume you want to meet at your office and I assume after hours.


Please advise.

Thanks
Larry


Larry D. Naab, CPA
*Naab Consulting*
5511 E. 82nd Street, Suite H
Indianapolis, IN 46250
(888) 726-6282

2

(317) 823-2000
(888) 726-5762 Fax
(317) 752-6951 Cell
Larry@NaabConsulting.com
NaabConsulting.com



This e-mail message is for the sole use of the intended recipient (s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient (s), please contact the sender by reply e-mail and destroy all copies of the original message.

(317) 823-2000
(888) 726-5762 Fax

# Larry Naab

| | |
|---|---|
| **From:** | Larry Naab <larry@naabconsulting.com> |
| **Sent:** | Monday, November 17, 2014 10:05 AM |
| **To:** | 'Brian McQuade' |
| **Subject:** | meeting with David Jones |

Brian

Just want to confirm meeting with David Jones for tonight at 5:30 PM.

Thanks
Larry


Larry D. Naab, CPA
*Naab Consulting*
5511 E. 82nd Street, Suite H
Indianapolis, IN 46250
(888) 726-6282
(317) 823-2000
(888) 726-5762 Fax
(317) 752-6951 Cell
Larry@NaabConsulting.com
NaabConsulting.com



This e-mail message is for the sole use of the intended recipient (s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient (s), please contact the sender by reply e-mail and destroy all copies of the original message.

# Larry Naab

| | |
|---|---|
| **From:** | Larry Naab <larry@naabconsulting.com> |
| **Sent:** | Monday, November 17, 2014 12:02 PM |
| **To:** | 'David Jones' |
| **Subject:** | RE: Confirming appoint for today |

David

I assume so. I emailed Brian to confirm but have not heard back yet.

Last week he was good to go.

Larry

Larry D. Naab, CPA
*Naab Consulting*
5511 E. 82nd Street, Suite H
Indianapolis, IN 46250
(888) 726-6282
(317) 823-2000
(888) 726-5762 Fax
(317) 752-6951 Cell
Larry@NaabConsulting.com
NaabConsulting.com

This e-mail message is for the sole use of the intended recipient (s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient (s), please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** David Jones [mailto:djones@jonesmarescacpa.com]
**Sent:** Monday, November 17, 2014 9:24 AM
**To:** 'Larry Naab'
**Subject:** Confirming appoint for today

Hi Larry,

I wanted to see if you could confirm the appointment I have with McQuade for 5:30 today.

Thank you .

David Jones

1