**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | | |
|---|---|---|
| NAAB CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:20-cv-02828-PJM |
| | ) | |
| MCQUADE BRENNAN LLP and | ) | |
| BRIAN MCQUADE, individually, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Naab Consulting, Inc., by counsel and under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, gives notice that it voluntarily dismisses its claims against Defendants McQuade Brennan LLP and Brian McQuade, without prejudice, in the above-captioned matter.

Respectfully submitted,

/s/  Manuel Herceg
Timothy F. Maloney (Fed. Bar ID #03381)
Alyse L. Prawde (Fed. Bar ID #14676)
Joseph Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770-1417
Telephone: (240) 553-1206
Facsimile: (240) 553-1737
tmaloney@jgllaw.com
aprawde@jgllaw.com
Manuel Herceg, Atty. No. 29956-06 *(pro hac vice)*
Kayla Moody-Grant, Atty. No. 35801-49 *(pro hac vice)*
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
mherceg@taftlaw.com
kmoody-grant@taftlaw.com

*Attorneys for Plaintiff Naab Consulting, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 23, 2020, I caused the foregoing to be filed using the Court's CM/ECF system. Notice of this filing has also been sent via U.S. Mail to the following:

Brian McQuade
Resident Agent for McQuade Brennan, LLP
7600 Rossdhu Ct
Chevy Chase, MD 20815

/s/ Manuel Herceg